SUPERSTARS OF LOVE, L.L.C., Appellant,

v.

EXECUTIVE HOTEL MANAGEMENT, INC., Respondent.

No. WD 64133.

Missouri Court of Appeals, Western District.

May 31, 2005.

Mark C. Abbott, Columbia, for appellant.

David L. Knight, Columbia, for respondent.

Before EDWIN H. SMITH, Chief Judge, VICTOR C. HOWARD, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Superstars of Love, L.L.C., appeals a judgment in favor of Executive Hotel Management, Inc. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Rule 84.16(b).